# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE J. BOGANS,<br><br>   Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. EDCV 12-1043-DTB<br><br>**J U D G M E N T** |

  In accordance with the Order Affirming Decision of Commissioner filed herewith,

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: August 1, 2013

                _____
                DAVID T. BRISTOW
                UNITED STATES MAGISTRATE JUDGE